

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 3, 2016

BY ECF

The Naomi Reice Buchwald
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

      Re:    *United States* v. *Christopher Williams*, No. 16 Cr. 735 (NRB)

Dear Judge Buchwald:

      The defendant in the above-captioned case was indicted on November 1, 2016. An arraignment is currently scheduled before your Honor for November 10, 2016 at 3:00 p.m. The Government respectfully requests that your Honor exclude time for purposes of the Speedy Trial Act between the date of this letter and November 10th. This exclusion would be in the interests of justice. The arraignment was scheduled to accommodate the parties' schedules, and the delay will enable the Government to prepare for the production of discovery and potentially engage in discussions regarding a pretrial disposition. The defense consents to this request.

      Very truly yours,

      PREET BHARARA
      United States Attorney

by: /s/ Robert Allen
    ROBERT ALLEN
    Assistant United States Attorney
    (212) 637-2216

CC:    Christopher Flood, Esq.