```
Gba6wila
```

1  UNITED STATES DISTRICT COURT
   SOUTHERN DISTRICT OF NEW YORK
2  ------------------------------x
3  UNITED STATES OF AMERICA,
4            v.                            16 CR 735(NRB)
5  CHRISTOPHER WILLIAMS,
6            Defendant.
7  ------------------------------x
8                                           New York, N.Y.
                                             November 10, 2016
9                                            3:00 p.m.

10
   Before:
11
                 HON. NAOMI REICE BUCHWALD,
12
                                           District Judge
13
14                    APPEARANCES
   PREET BHARARA
15      United States Attorney for the
        Southern District of New York
16 ROBERT ALLEN
       Assistant United States Attorney
17
   FEDERAL DEFENDERS OF NEW YORK
18     Attorneys for Defendant
   PHILIP WEINSTEIN
19
20
21
22
23
24
25

1              (Case called; in open court)
2              THE DEPUTY CLERK:  Is the government present be ready
3   to proceed?
4              MR. ALLEN:  Yes.  Good afternoon, your Honor.  Robert
5   Allen for the government.
6              THE DEPUTY CLERK:  Is the defendant present and ready
7   to proceed?
8              MR. WEINSTEIN:  Phil Weinstein covering for Chris
9   Flood.
10             THE COURT:  Am I correct that Mr. Williams has not
11  been arraigned on the indictment?
12             MR. ALLEN:  That is correct, your Honor.
13             THE COURT:  Mr. Weinstein, have you received a copy of
14  the indictment and had an opportunity to review it with
15  Mr. Williams?
16             MR. WEINSTEIN:  Mr. Flood has.
17             THE COURT:  Do you waive its public reading?
18             MR. WEINSTEIN:  We do.
19             THE COURT:  Mr. Williams, do you plead guilty or not
20  guilty?
21             THE DEFENDANT:  Not guilty.
22             THE COURT:  Has a representative of the U.S.
23  Attorney's office and a representative of the Federal Defenders
24  had an opportunity to discuss a discovery schedule?
25             MR. ALLEN:  We have a proposal, your Honor.  Your

1   Honor, I spoke with Mr. Flood, and we intend to produce
2   discovery in 30 days.  Mr. Flood requested some time to review
3   and potentially discuss with the government a disposition.  So
4   what we would propose is to come back on either December 8th or
5   December 15th, both of which dates work for Mr. Flood if they
6   work for the Court.  At that time we'll have a better sense of
7   whether it would be appropriate to set a motion schedule or
8   whether a disposition seems likely.
9           THE COURT:  Did you use December 15th in the last
10  case?
11          MR. WEINSTEIN:  We did it sometime in January.
12          THE COURT:  It was the 15th.
13          MR. WEINSTEIN:  February 15th.
14          THE COURT:  Right.
15          December 15th at 2:45.
16          MR. WEINSTEIN:  I believe that is fine.
17          MR. ALLEN:  That works for the government, your Honor.
18  Thank you.
19          THE COURT:  Is there an objection to excluding the
20  speedy trial time until then?
21          MR. WEINSTEIN:  No.
22          THE COURT:  I find that the continuance to give the
23  government time to produce discovery and for the defense to
24  consider that discovery serves the ends of justice and
25  outweighs the best interest of the public and the defendant in

Gba6wila

1  a speedy trial.
2              Is there anything else at this time?
3              MR. ALLEN:  Not from the government.
4              MR. WEINSTEIN:  No, your Honor.
5              THE COURT:  Very good.  Thank you.
6                            -o-