```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/5/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America

v.

Christopher Williams,

                Defendant.

*AMENDED*
**Order of Restitution**

**16 Cr. 735 (NRB)**

Upon the application of the United States of America, by its attorney, Geoffrey S. Berman, Acting United States Attorney for the Southern District of New York, Robert Allen, Assistant United States Attorney, of counsel; the presentence report; the Defendant's conviction on Count One of the above Indictment; and all other proceedings in this case, it is hereby ORDERED that:

**1. Amount of Restitution.** Christopher Williams, the Defendant, shall pay restitution in the total amount of $27,572.14 to the victims of the offenses charged in Count One. The names, addresses, and specific amounts owed to each victim are set forth in the Schedule of Victims attached hereto. The defendant shall make the restitution payments to the Clerk of Court, United States District Court for the Southern District of New York, 500 Pearl Street, New York, NY, 10007, in order that the Clerk of Court may forward the payments to the victims, and in the amounts, set forth in the Schedule of Victims attached hereto. The defendant shall make the restitution payments in monthly installments of 10% of gross monthly income, to commence 30 days after the date of this Order. Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

**2. Sealing.** Consistent with 18 U.S.C. §§3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of victims, the Schedule of Victims attached hereto shall be filed under seal, except that copies may be retained and used or disclosed

09.10.2013

by the Government, the Clerk's Office, and the Probation Department, as need be to effect and enforce this Order, without further order of this Court.

Dated: New York, New York
       April  5 , 2018

                                      HONORABLE NAOMI R. BUCHWALD
                                      UNITED STATES DISTRICT JUDGE